Dismissed and Memorandum Opinion filed June 17, 2010.

 

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00137-CV

____________

 

GEORGE R. NEELY, Appellant

 

V.

 

COMMISSION FOR LAWYER DISCIPLINE, Appellee

 



 

On Appeal from the 333rd District Court

Harris County, Texas

Trial Court Cause No. 2005-56137

 



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment partially probating the
suspension of appellant’s law license signed November 14, 2006.  The appeal was
abated to resolve issues concerning missing exhibits to the reporter’s record. 
During the pendency of this appeal, a judgment of disbarment against appellant
was signed in trial court cause number 2003-63182 in the 164th District Court
in Harris County.  On appeal, the disbarment judgment was affirmed, the
petition for review was denied, and mandate issued.  See Neely v. Commission
for Lawyer Discipline, 302 S.W.3d 331 (Tex. App.—Houston [14th Dist.] 2009,
pet. denied).  

Because the disbarment judgment is final, issues concerning
the suspension of appellant’s law license have been rendered moot.  On May 18, 2010,
notification was transmitted to the parties of this court’s intention to
dismiss the appeal unless appellant filed a response within fifteen days demonstrating
grounds for continuing the appeal.  See Tex. R. App. P. 42.3(a).  No
response was filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce.